**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE SLACK TECHNOLOGIES, INC. SHAREHOLDER DERIVATIVE LITIGATION,<br><br>This Document Relates To:<br><br>ALL ACTIONS | Lead C.A. No.: 1:20-cv-00566-LPS<br><br>(Consolidated with 1:20-cv-00567-LPS and 1:20-cv-00625-LPS) |

## RULE 7.1.1 STATEMENT

Counsel for proposed intervenor have conferred with counsel for plaintiffs and counsel for defendants in this action concerning Proposed Intervenor's Motion to Intervene and Stay (the "Motion"). Counsel for plaintiffs have indicated that they do not oppose the Motion. Efforts to reach an agreement with counsel for defendants were unsuccessful.

Dated: August 20, 2020

**RIGRODSKY & LONG, P.A.**

By: */s/ Seth D. Rigrodsky*
Seth D. Rigrodsky (#3147)
Gina M. Serra (#5387)
300 Delaware Avenue, Suite 210
Wilmington, DE 19801
Telephone: (302) 295-5310
Facsimile: (302) 654-7530
Email:  sdr@rl-legal.com
Email:  bdl@rl-legal.com
Email:  gms@rl-legal.com

*Attorneys for Proposed Intervenor*