## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE SLACK TECHNOLOGIES, INC.<br>SHAREHOLDER DERIVATIVE<br>LITIGATION | C.A. No. 20-cv-566-LPS<br><br>(Consolidated) |

### STIPULATION AND [PROPOSED] ORDER STAYING CASE

WHEREAS, this is a consolidated derivative action brought by Plaintiffs, who purport to be stockholders of Slack Technologies, Inc. ("Slack"), against certain of Slack's current and former directors and officers for allegedly breaching their fiduciary duties in connection with Slack's 2019 direct listing on the New York Stock Exchange (the "Action"). D.I. 1; D.I. 20;

WHEREAS, on August 10, 2020, Plaintiffs designated the complaint filed by Plaintiff Knopp (D.I. 1) as the operative complaint in the Action. D.I. 21;

WHEREAS, on September 9, 2020, Defendants filed a motion to dismiss the complaint. D.I. 29;

WHEREAS, on August 20, 2020, non-party Matthew Gillespie filed a Motion to Intervene and Stay the Action (the "Motion to Intervene"). D.I. 22;

WHEREAS, briefing on the Motion to Intervene is complete and the Court has scheduled a teleconference to hear argument on the Motion to Intervene for December 18, 2020;

WHEREAS, on December 1, 2020, Salesforce.com, Inc. announced that it had entered into a merger agreement to acquire Slack (the "Transaction");

WHEREAS, the Transaction is expected to close by July 2021, subject to certain approvals and conditions;

WHEREAS, if the Transaction is consummated, it may impact the Action;

WHEREAS, the Parties have conferred and respectfully submit that good cause exists for, and judicial economy and the Parties' interests would be best served by, staying this Action pending closing of the Transaction.

IT IS HEREBY STIPULATED AND AGREED, by the parties, through their undersigned counsel, and subject to the Court's approval, as follows:

1. This Action is stayed pending closing of the Transaction;

2. Argument on the Motion to Intervene scheduled for December 18, 2020 is postponed indefinitely and until further order of the Court; and

3. The Parties reserve the right to move the Court, unilaterally, at any time to lift the stay of this action and resume proceedings.

All pending motions (D.I. 22, 29, 32) are DENIED without prejudice to renew when the stay is lifted.

2

FARNAN LLP

OF COUNSEL:

By: */s/ Brian E. Farnan*
     Brian E. Farnan (#4089)
Phillip Kim
     Michael J. Farnan (#5165)
THE ROSEN LAW FIRM, P.A.
     919 N. Market Street, 12th Floor
275 Madison Avenue, 40th Floor
     Wilmington, DE 19801
New York, NY 10016
     bfarnan@farnanlaw.com
Telephone: (212) 686-1060
     mfarnan@farnanlaw.com
Facsimile: (212) 202-3827

*Attorneys for Plaintiffs*

Timothy Brown
THE BROWN LAW FIRM, P.C.
240 Townsend Square
Oyster Bay, NY 11771
Telephone: (516) 922-5427
Facsimile: (516) 344-6204

Ryan M. Ernst
O'KELLY & ERNST, LLC
824 N. Market Street, Suite 1001A
Wilmington, DE 19801
Telephone: (302) 778-4000
Facsimile: (302) 778-4002

Justin A. Kuehn
Fletcher W. Moore
MOORE KUEHN, PLLC
30 Wall Street, 8FL
New York, NY 10005
Telephone: (212) 709-8245

OF COUNSEL:

Michael D. Celio
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304
Tel: (650) 849-5300

Matthew S. Kahn
Michael J. Kahn
Avery E. Masters
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street Suite 3000
San Francisco, CA 94105
Tel: (415) 393-8200

Jason H. Hilborn
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Tel: (202) 995-8500

POTTER ANDERSON & CORROON LLP

By:   /s/ Bindu A. Palapura
         Peter J. Walsh, Jr. (#2437)
         Bindu A. Palapura (#5370)
         J. Matthew Belger (#5707)
         Hercules Plaza, 6th Floor
         1313 N. Market Street
         Wilmington, DE 19801
         Tel: (302) 984-6000
         pwalsh@potteranderson.com
         bpalapura@potteranderson.com
         mbelger@potteranderson.com

*Attorneys for Defendants Stewart Butterfield, Allen Shim, Brandon Zell, Andrew Braccia, Edith Cooper, Sarah Friar, John O'Farrell, Chamath Palihapitiya, Graham Smith, and Nominal Defendant Slack Technologies, Inc.*

RIGRODSKY & LONG, P.A.

By:   /s/ Seth D. Rigrodsky
         Seth D. Rigrodsky (#3147)
         Gina M. Serra (#5387)
         300 Delaware Ave., Suite 210
         Wilmington, DE 19801
         (302) 295-5310
         sdr@rl-legal.com
         gms@rl-legal.com

*Attorneys for Proposed Intervenor*

IT IS SO ORDERED this ___ 16th ___ day of ___ December ___, 2020.

_____
United States District Judge

6963296